UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERT BUENO,

          Plaintiff,

    v.

NAPA STATE HOSPITAL,

          Defendant.

Case No. 22-cv-05275-TLT (PR)

**ORDER OF DISMISSAL**

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On January 9, 2023, plaintiff's application to proceed in forma pauperis was denied, and he was directed to pay the $402 filing fee in full before proceeding with this case. ECF No. 11. The deadline for payment has now passed, and plaintiff has neither submitted payment nor requested an extension of time to do so. Accordingly, this case is DISMISSED without prejudice.

    IT IS SO ORDERED.

Dated: June 27, 2023

TRINA L. THOMPSON
United States District Judge